1 BENJAMIN B. WAGNER
United States Attorney
2 NICHOLAS M. FOGG
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

5

6

7             IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   2:12-CR-00033-KJN
                                 )
11            Plaintiff,          )   Order Continuing Change of
                                 )   Plea and Sentencing, and
12                               )   Excluding Time Under Local Code
                                 )   T4
13      v.                        )
                                 )
14 MELVIN JOHNSON,               )   DATE:  May 23, 2012
                                 )   TIME:  2:00 p.m.
15            Defendant.          )   JUDGE: Kendall J. Newman
_____)

16

17      It is hereby ordered that the Change of Plea set for May 16,

18 2012 is VACATED.  It is further ordered that a Change of Plea and

19 Sentencing is set for May 23, 2012 at 2 p.m.  Time is excluded

20 from today's date through May 23, 2012 under Local Code T4, as

21 the Court finds that the ends of justice served by granting this

22 continuance outweigh the best interests of the public and the

23 defendant in a speedy trial.

24      IT IS SO ORDERED.

25 Dated:  May 15, 2012

26

27

28                              _____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE