BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00033-KJN |
| | ) | |
|         Plaintiff, | ) | Order Continuing Change of |
| | ) | Plea and Sentencing, and |
| | ) | Excluding Time Under Local Code |
| | ) | T4 |
|     v. | ) | |
| | ) | |
| MELVIN JOHNSON, | ) | DATE: May 30, 2012 |
| | ) | TIME: 9:00 a.m. |
|         Defendant. | ) | JUDGE: Kendall J. Newman |
| _____ | ) | |

It is hereby ordered that the Change of Plea set for May 23, 2012 is VACATED. It is further ordered that a Change of Plea and Sentencing is set for May 30, 2012 at 9 a.m. Time is excluded from today's date through May 30, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE